# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Jeanne Matthews, individually and on behalf of all others similarly situated, | 1:22-cv-00649 |
| Plaintiff, | Hon. Steven C. Seeger |
| - against - | |
| Polar Corp., | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 6, 2023

Respectfully submitted,

/s/Spencer Sheehan

Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 409
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com