| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 1/7/2020 | Darby v. Prairie Farms Dairy, Inc. | nysdc | 1:2020cv00151 | no | n/a |
| 1/12/2020 | Collishaw v. Cooperative Regions of Organic Producer Pools | nysdc | 7:2020cv00277 | no | n/a |
| 1/18/2020 | Pichardo v. Only What You Need, Inc. | nysdc | 1:2020cv00493 | yes | yes |
| 1/19/2020 | Sanders v. Trader Joe's Company | nysdc | 1:2020cv00496 | no | n/a |
| 1/21/2020 | Figueroa v. Trader Joe's Company | nyedc | 1:2020cv00322 | yes | no |
| 1/23/2020 | Batchelor v. The Coca-Cola Company | nysdc | 7:2020cv00594 | yes | yes |
| 1/27/2020 | Papoulis v. Pacific Foods of Oregon, LLC | nyedc | 1:2020cv00432 | no | n/a |
| 1/27/2020 | Powell v. Dollar Tree Stores, Inc. | nysdc | 1:2020cv00734 | yes | no |
| 1/28/2020 | Twohig v. Shop-Rite Supermarkets, Inc. | nysdc | 7:2020cv00763 | yes | yes |
| 1/31/2020 | Bergeron v. Grindr Inc. | nysdc | 7:2020cv00875 | yes | yes |
| 2/1/2020 | Brown v. Walgreen Co. | nysdc | 7:2020cv00891 | no | n/a |
| 2/1/2020 | Gonzalez v. Gojo Industries, Inc. | nysdc | 1:2020cv00888 | yes | yes |
| 2/3/2020 | Swantek v. Save-A-Lot Holdings, Inc. | nysdc | 7:2020cv00894 | yes | no |
| 2/7/2020 | Hamilton v. Orgain, Inc. | nysdc | 1:2020cv01084 | yes | no |
| 2/8/2020 | Salerno v. The Coca-Cola Company | nyedc | 1:2020cv00711 | yes | yes |
| 2/9/2020 | Taylor v. Tipp Distributors, Inc. | nyedc | 1:2020cv00712 | yes | no |
| 2/10/2020 | Civello v. Conopco, Inc. | nysdc | 1:2020cv01173 | yes | yes |
| 2/13/2020 | Campbell v. Whole Foods Market Group, Inc. | nysdc | 1:2020cv01291 | yes | no |
| 2/18/2020 | Budhani v. Monster Beverage Company | nysdc | 1:2020cv01409 | yes | yes |
| 2/23/2020 | Kyszenia v. The Hain Celestial Group, Inc. | nyedc | 1:2020cv00979 | yes | no |
| 2/26/2020 | Hiland v. Whole Foods Market Group, Inc. | nysdc | 7:2020cv01680 | yes | no |
| 2/28/2020 | Angeles v. Tillamook County Creamery Association | nysdc | 1:2020cv01764 | no | n/a |
| 3/1/2020 | Ithier v. Frito-Lay North America, Inc. | nysdc | 7:2020cv01810 | yes | no |
| 3/6/2020 | Spitzer v. Celestial Seasonings, Inc. | nysdc | 1:2020cv02000 | yes | no |
| 3/8/2020 | Webber v. McDonald's Corporation | nysdc | 7:2020cv02058 | yes | no |
| 3/10/2020 | Ferreri et al v. Chobani, LLC | nysdc | 1:2020cv02161 | yes | no |
| 3/12/2020 | Lamonakis v. Blue Diamond Growers | nyedc | 1:2020cv01347 | yes | no |
| 3/16/2020 | Cohen et al v. Wegmans Food Markets, Inc. | nyedc | 1:2020cv01409 | yes | no |
| 3/19/2020 | Cruz v. D F Stauffer Biscuit Co Inc | nysdc | 1:2020cv02402 | yes | yes |
| 3/22/2020 | Colpitts v. Blue Diamond Growers | nysdc | 1:2020cv02487 | yes | no |
| 3/24/2020 | Gilleo v. The J. M. Smucker Company | nysdc | 7:2020cv02519 | yes | yes |
| 3/29/2020 | Rodriguez v. 7-Eleven, Inc. | nysdc | 1:2020cv02636 | no | n/a |
| 4/5/2020 | Buonocore v. Aldi Inc. | nyedc | 1:2020cv01699 | no | n/a |
| 4/6/2020 | Ali et al v. All Market, Inc. | nysdc | 7:2020cv02823 | no | n/a |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 4/6/2020 | Miller v. Wegmans Food Markets, Inc. | nyedc | 1:2020cv01703 | yes | no |
| 4/9/2020 | Santiful et al v. Wegmans Food Markets, Inc. | nysdc | 7:2020cv02933 | yes | yes |
| 4/11/2020 | Bardsley v. Nonni's Foods LLC | nysdc | 7:2020cv02979 | yes | no |
| 4/13/2020 | Tinelli v. Costco Wholesale Corporation | nysdc | 1:2020cv02983 | yes | no |
| 4/15/2020 | Biegel v. Blue Diamond Growers | nysdc | 7:2020cv03032 | yes | no |
| 4/19/2020 | Ring v. Pervine Foods, LLC | nyedc | 1:2020cv01852 | no | n/a |
| 4/26/2020 | Mangone et al v. Hals Beverage LLC | nysdc | 7:2020cv03267 | no | n/a |
| 5/7/2020 | Carmen Rivera v. S. C. Johnson & Son, Inc. | nysdc | 1:2020cv03588 | yes | yes |
| 5/15/2020 | Sharma v. Wegmans Food Markets, Inc. | nyedc | 1:2020cv02210 | yes | no |
| 5/17/2020 | Kyszenia v. Ricoh USA, Inc. | nyedc | 1:2020cv02215 | yes | yes |
| 5/24/2020 | Sencen v. Froneri US, Inc. | nysdc | 7:2020cv04024 | yes | no |
| 5/29/2020 | Falborn v. Unilever United States, Inc. | nysdc | 7:2020cv04138 | yes | no |
| 6/1/2020 | Miller v. TC Heartland LLC | nysdc | 1:2020cv04182 | no | n/a |
| 6/4/2020 | Sajnani et al v. The Hain Celestial Group, Inc. | nysdc | 1:2020cv04281 | no | n/a |
| 6/7/2020 | Cleary v. Wakefern Food Corp. | nyedc | 1:2020cv02537 | yes | no |
| 6/8/2020 | Guzman v. Aldi Inc. | nyedc | 1:2020cv02550 | yes | no |
| 6/9/2020 | Lepore v. Molekule, Inc. | nyedc | 2:2020cv02571 | yes | yes |
| 6/12/2020 | Mena v. Conagra Brands, Inc. | nysdc | 1:2020cv04505 | yes | no |
| 6/22/2020 | Williams v. Walmart Inc. | nyedc | 1:2020cv02768 | yes | no |
| 6/26/2020 | Marsella et al v. The Hain Celestial Group, Inc. | nysdc | 1:2020cv04936 | yes | no |
| 7/1/2020 | Gil v. The Coca-Cola Company | nysdc | 1:2020cv05064 | yes | no |
| 7/5/2020 | Jolly v. Quest Nutrition, LLC | nysdc | 7:2020cv05125 | no | n/a |
| 7/7/2020 | Gaskell et al v. Chobani, LLC | nysdc | 7:2020cv05199 | yes | no |
| 7/8/2020 | Salerno v. The Coca-Cola Company | nysdc | 7:2020cv05235 | yes | yes |
| 7/11/2020 | Fisher v. Whole Foods Market Group, Inc. | nysdc | 1:2020cv05339 | yes | no |
| 7/13/2020 | Weintz v. Pacific Foods of Oregon, LLC | nysdc | 1:2020cv05385 | no | n/a |
| 8/8/2020 | Duffy v. Lidl US, LLC | nyedc | 1:2020cv03578 | no | n/a |
| 8/9/2020 | James v. Hostess Brands, LLC | nysdc | 1:2020cv06259 | no | n/a |
| 8/14/2020 | Rosenfeld v. Trader Joe's Company | nyedc | 1:2020cv03717 | no | n/a |
| 8/17/2020 | Watson v. Dietz & Watson, Inc. | nysdc | 1:2020cv06550 | no | n/a |
| 8/20/2020 | Cole v. The Procter & Gamble Company | nysdc | 7:2020cv06680 | yes | no |
| 8/24/2020 | Wallace v. Wise Foods, Inc. | nysdc | 1:2020cv06831 | yes | yes |
| 8/25/2020 | Angeles v. GlaxoSmithKline Consumer Healthcare L.L.C. | nysdc | 1:2020cv06883 | yes | no |
| 8/25/2020 | Bynum v. Family Dollar Stores, Inc. | nysdc | 1:2020cv06878 | yes | yes |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 8/26/2020 | Chung v. Pure Fishing, Inc. | nyedc | 1:2020cv03983 | yes | yes |
| 8/29/2020 | Harrisingh v. Naked Juice Co. of Glendora, Inc. | nyedc | 1:2020cv04036 | no | n/a |
| 9/4/2020 | Briley v. Sara Lee Frozen Bakery, LLC | nysdc | 7:2020cv07276 | no | n/a |
| 9/5/2020 | Brown v. Kellogg Sales Company | nysdc | 1:2020cv07283 | yes | yes |
| 9/11/2020 | LaRocca v. Frito-Lay, Inc. | nyedc | 1:2020cv04245 | no | n/a |
| 9/11/2020 | Parmely et al v. The Golub Corporation | nysdc | 7:2020cv07491 | yes | no |
| 9/12/2020 | Magnuson et al v. The Price Chopper, Inc. | nysdc | 7:2020cv07497 | yes | no |
| 9/12/2020 | Nelson v. ITO EN (North America) Inc. | nysdc | 7:2020cv07496 | yes | no |
| 9/13/2020 | Carter v. Nestle USA, Inc. | nysdc | 7:2020cv07498 | yes | no |
| 9/14/2020 | Green v. Nestle Holdings, Inc. | nysdc | 1:2020cv07499 | no | n/a |
| 9/21/2020 | Ynfante v. Fairlife LLC | nysdc | 7:2020cv07776 | yes | no |
| 9/26/2020 | Figueroa v. Fairlife LLC | nyedc | 1:2020cv04584 | yes | no |
| 9/26/2020 | Lugo v. Celestial Seasonings, Inc. | nyedc | 1:2020cv04580 | yes | no |
| 9/26/2020 | Goldstein v. Sally Beauty Supply LLC | nyedc | 1:2020cv04583 | yes | yes |
| 10/9/2020 | Jones v. Orgain, LLC | nysdc | 7:2020cv08463 | yes | yes |
| 10/11/2020 | Klausner v. Annie's, Inc. | nysdc | 7:2020cv08467 | yes | yes |
| 10/12/2020 | Mitchell v. Whole Foods Market Group, Inc. | nysdc | 1:2020cv08496 | yes | yes |
| 10/12/2020 | Myers v. Wakefern Food Corp. | nysdc | 7:2020cv08470 | yes | yes |
| 10/13/2020 | Chung et al v. Igloo Products Corp. | nyedc | 1:2020cv04926 | yes | yes |
| 10/13/2020 | Yu v. Froneri US, Inc. | nysdc | 1:2020cv08512 | yes | yes |
| 10/17/2020 | Wargo v. The Hillshire Brands Company | nysdc | 7:2020cv08672 | yes | no |
| 10/18/2020 | Brienza v. The Coca-Cola Company | nysdc | 7:2020cv08676 | no | n/a |
| 10/19/2020 | Warren v. The Stop & Shop Supermarket Company LLC | nysdc | 7:2020cv08718 | yes | no |
| 10/19/2020 | Turnipseed v. Simply Orange Juice Company | nysdc | 7:2020cv08677 | yes | yes |
| 10/25/2020 | Bradshaw v. Blue Diamond Growers | nyedc | 1:2020cv05125 | no | n/a |
| 10/25/2020 | Boswell v. Bimbo Bakeries USA, Inc. | nysdc | 1:2020cv08923 | yes | yes |
| 10/27/2020 | Collishaw v. Cooperative Regions of Organic Producer Pools | nysdc | 7:2020cv09009 | yes | yes |
| 10/28/2020 | Kamara v. Pepperidge Farm, Incorporated | nysdc | 1:2020cv09012 | yes | yes |
| 10/29/2020 | Prater v. Arizona Beverages USA LLC | nysdc | 1:2020cv09108 | yes | no |
| 10/29/2020 | Gonzalez v. Gojo Industries, Inc. | ohndc | 5:2020cv02448 | yes | yes |
| 10/31/2020 | Zachmann v. The Coleman Company Inc. | nysdc | 7:2020cv09146 | yes | yes |
| 11/1/2020 | Alexander v. Wegmans Food Markets, Inc. | nysdc | 7:2020cv09148 | yes | no |
| 11/13/2020 | Seaman et al v. Kellogg Company | nyedc | 1:2020cv05520 | yes | no |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 11/14/2020 | Chung et al v. American Zurich Insurance Company | nyedc | 1:2020cv05555 | yes | yes |
| 11/14/2020 | Gordon v. Target Corporation | nysdc | 7:2020cv09589 | yes | yes |
| 11/15/2020 | Palmieri v. Mead Johnson & Company, LLC | nysdc | 7:2020cv09591 | no | n/a |
| 11/15/2020 | Gavilanes v. Gerber Products Company | nyedc | 1:2020cv05558 | yes | no |
| 11/16/2020 | Tropp v. Prairie Farms Dairy, Inc. | wiwdc | 3:2020cv01035 | yes | yes |
| 11/17/2020 | Kushner v. Monster Energy Company | nyedc | 1:2020cv05606 | no | n/a |
| 11/18/2020 | Brown v. Kerry Inc. | nysdc | 1:2020cv09730 | yes | yes |
| 11/22/2020 | Prescott v. Nestl Holdings, Inc. | nyedc | 1:2020cv05683 | no | n/a |
| 11/22/2020 | Smith v. Abbott Laboratories Inc. | nyedc | 1:2020cv05684 | yes | no |
| 11/27/2020 | Schelmetty v. Heineken USA Incorporated | nysdc | 7:2020cv09985 | no | n/a |
| 11/29/2020 | Waldon et al v. Credit One Bank, N.A. | nysdc | 7:2020cv10003 | yes | no |
| 12/3/2020 | Nason v. Inventure Foods, Inc. | nysdc | 7:2020cv10141 | yes | no |
| 12/6/2020 | Salony v. VMG Partners, LLC | nysdc | 7:2020cv10273 | no | n/a |
| 12/6/2020 | Sanchez v. Avadim Health, Inc. | nysdc | 1:2020cv10272 | yes | no |
| 12/9/2020 | Jones v. Dietz & Watson, Inc. | nyedc | 1:2020cv06018 | no | n/a |
| 12/14/2020 | Dill v. Under Armour, Inc. | nyedc | 1:2020cv06066 | no | n/a |
| 12/19/2020 | Ferguson v. Duracell U.S. Operations, Inc. | nysdc | 7:2020cv10734 | no | n/a |
| 12/23/2020 | Akridge v. Whole Foods Market Group, Inc. | nysdc | 1:2020cv10900 | yes | yes |
| 12/25/2020 | Galinsky v. King's Hawaiian LLC | nysdc | 7:2020cv10931 | yes | no |
| 12/25/2020 | Glover v. Bobs Discount Furniture, LLC | nysdc | 1:2020cv10924 | yes | yes |
| 12/26/2020 | Moncure v. 7-Eleven, Inc. | nysdc | 1:2020cv10935 | yes | no |
| 12/27/2020 | Paydar v. William Grant & Sons, Inc. | nysdc | 1:2020cv10937 | yes | no |
| 12/31/2020 | Brietzke et al v. Chobani, LLC | nysdc | 1:2020cv11097 | yes | no |
| 1/1/2021 | Beers v. Mars Wrigley Confectionery US, LLC | nysdc | 7:2021cv00002 | yes | yes |
| 1/6/2021 | Newton v. Orgain Management, Inc. | nyedc | 1:2021cv00062 | no | n/a |
| 1/7/2021 | Glancey v. Trek Bicycle Corporation | nysdc | 7:2021cv00120 | no | n/a |
| 1/8/2021 | Pizarro v. Ferrara Candy Company | nysdc | 7:2021cv00151 | yes | no |
| 1/9/2021 | Nieves v. The Procter & Gamble Company | nysdc | 7:2021cv00186 | yes | no |
| 1/10/2021 | Sibirtzeff v. Royal Appliance Mfg. Co. | nysdc | 7:2021cv00192 | no | n/a |
| 1/11/2021 | Socol v. 7-Eleven, Inc. | nysdc | 7:2021cv00194 | no | n/a |
| 1/13/2021 | Binns v. HP Hood LLC | nysdc | 7:2021cv00319 | yes | no |
| 1/17/2021 | Werner v. Nestle Healthcare Nutrition, Inc. | nysdc | 7:2021cv00408 | yes | no |
| 1/23/2021 | Lyons v. Mars Wrigley Confectionery US, LLC | nysdc | 7:2021cv00620 | no | n/a |
| 1/23/2021 | Mantini et al v. Icelandic Provisions, Inc. | nysdc | 7:2021cv00618 | yes | no |
| 1/27/2021 | Fleischer v. Aldi Inc. | nyedc | 1:2021cv00443 | no | n/a |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 2/1/2021 | Dolson v. The Procter & Gamble Company | nysdc | 7:2021cv00868 | no | n/a |
| 2/2/2021 | Lee v. The Kingsford Products Company, LLC | nysdc | 7:2021cv00924 | yes | no |
| 2/6/2021 | Marcinelli v. Kraft Heinz Foods Company | nysdc | 7:2021cv01075 | yes | no |
| 2/7/2021 | Cavallero v. G.T Japan, Inc. | nysdc | 7:2021cv01077 | yes | no |
| 2/8/2021 | Suriano v. Nestle USA, Inc. | ilndc | 1:2021cv00717 | yes | no |
| 2/8/2021 | Zahora v. Orgain, LLC | ilndc | 1:2021cv00705 | yes | yes |
| 2/10/2021 | Carter v. Ralph Lauren Corporation | nysdc | 1:2021cv01202 | yes | no |
| 2/11/2021 | Schoonmaker v. Cape Cod Potato Chip Company, | nysdc | 7:2021cv01224 | no | n/a |
| 2/11/2021 | Soto v. Nurture, Inc. | nysdc | 1:2021cv01271 | yes | no |
| 2/13/2021 | Micks v. The Hain Celestial Group, Inc. | jpmldc | 1:2021cv00835 | yes | no |
| 2/19/2021 | Babb v. Zarbee's, Inc. | nysdc | 7:2021cv01493 | no | n/a |
| 2/19/2021 | Kuciver v. Nestle Healthcare Nutrition, Inc. | ilndc | 1:2021cv00936 | yes | no |
| 2/21/2021 | Anderson v. The Hain Celestial Group, Inc. | jpmldc | 1:2021cv00500 | yes | no |
| 2/21/2021 | McCauley v. Cooperative Regions of Organic Producer Pools | nysdc | 7:2021cv01548 | yes | yes |
| 2/22/2021 | Kekish v. Whole Foods Market Group, Inc. | nysdc | 7:2021cv01562 | no | n/a |
| 2/25/2021 | Gierwatowski v. Trader Joe's Company | ilndc | 1:2021cv01119 | yes | yes |
| 2/26/2021 | Lopez-Sanchez v. The Hain Celestial Group, Inc. | jpmldc | 2:2021cv01045 | yes | no |
| 2/27/2021 | Hoover v. The Price Chopper, Inc. | nyndc | 1:2021cv00228 | yes | no |
| 2/28/2021 | Kinman v. The Kroger Co. | ilndc | 1:2021cv01154 | yes | no |
| 3/4/2021 | Gancarz v. Beech-Nut Nutrition Company | jpmldc | 1:2021cv00258 | yes | yes |
| 3/7/2021 | Fryar v. Moon Active Ltd. | nysdc | 7:2021cv01977 | yes | no |
| 3/26/2021 | Anderson et al v. The Hain Celestial Group, Inc. | nyedc | 2:2021cv01621 | yes | no |
| 3/26/2021 | Guerriero v. Sony Electronics Inc. | nysdc | 7:2021cv02618 | yes | yes |
| 4/10/2021 | Anderson v. Unilever United States, Inc. | nysdc | 7:2021cv03117 | yes | no |
| 4/11/2021 | Kelly v. Whole Foods Market Group, Inc. | nysdc | 1:2021cv03124 | no | n/a |
| 4/16/2021 | Fuller v. Chattem, Inc. | nysdc | 7:2021cv03386 | no | n/a |
| 4/18/2021 | Adoni v. Citicorp Credit Services, Inc. (USA) | nyedc | 2:2021cv02108 | yes | no |
| 4/22/2021 | Wach et al v. Prairie Farms Dairy, Inc. | ilndc | 1:2021cv02191 | yes | yes |
| 4/24/2021 | Smith v. Apple Inc. | nysdc | 1:2021cv03657 | yes | yes |
| 4/25/2021 | Lemke v. Kraft Heinz Foods Company | wiwdc | 3:2021cv00278 | yes | yes |
| 5/1/2021 | Cruz v. Sanofi US Corporation | ilndc | 1:2021cv02351 | no | n/a |
| 5/2/2021 | Johnston v. Kashi Sales, L.L.C. | ilsdc | 3:2021cv00441 | yes | no |
| 5/2/2021 | Oldrey v. Nestle Waters North America, Inc. | nysdc | 7:2021cv03885 | yes | yes |
| 5/11/2021 | Barnett v. Frito-Lay North America, Inc. | ilsdc | 3:2021cv00470 | no | n/a |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 5/15/2021 | Greco v. Moran Foods, LLC | nyndc | 5:2021cv00562 | no | n/a |
| 5/16/2021 | Gilker v. Chobani, LLC | ilsdc | 3:2021cv00488 | yes | no |
| 5/19/2021 | Wienhoff v. Conagra Brands, Inc. | ilsdc | 3:2021cv00501 | yes | yes |
| 5/22/2021 | Williams v. Molson Coors Beverage Company | ilndc | 3:2021cv50207 | yes | no |
| 5/31/2021 | Floyd v. Pepperidge Farm, Incorporated | ilsdc | 3:2021cv00525 | yes | yes |
| 6/3/2021 | Tedeschi v. Diageo North America, Inc. | nysdc | 1:2021cv04940 | no | n/a |
| 6/5/2021 | Ross v. Target Corporation | ilndc | 1:2021cv03028 | yes | no |
| 6/10/2021 | Hiltz v. Inventure Foods, Inc. | ilndc | 1:2021cv03140 | yes | no |
| 6/11/2021 | Schrode v. Arizona Beverages USA LLC | ilndc | 1:2021cv03159 | yes | no |
| 6/12/2021 | Dwyer v. Allbirds, Inc. | nysdc | 7:2021cv05238 | yes | yes |
| 6/14/2021 | Shephard v. Affirm Holdings, Inc. | nysdc | 7:2021cv05241 | yes | yes |
| 6/19/2021 | Adams v. Tops Markets, LLC | nywdc | 1:2021cv00753 | yes | no |
| 6/20/2021 | Elder v. Bimbo Bakeries USA, Inc. | ilsdc | 3:2021cv00637 | yes | no |
| 6/23/2021 | Spurck v. Demet's Candy Company, LLC | nysdc | 7:2021cv05506 | yes | yes |
| 6/28/2021 | Zurliene v. Dreyers Grand Ice Cream, Inc. | ilsdc | 3:2021cv00747 | yes | yes |
| 7/1/2021 | Chiappetta v. Kellogg Sales Company | ilndc | 1:2021cv03545 | yes | yes |
| 7/3/2021 | Vesota v. Aldi Inc. | ilndc | 1:2021cv03574 | no | n/a |
| 7/5/2021 | Rudy v. Family Dollar Stores, Inc. | ilndc | 1:2021cv03575 | yes | no |
| 7/6/2021 | Ferguson v. Tropicale Foods, LLC | nyedc | 1:2021cv03775 | no | n/a |
| 7/11/2021 | Shelton v. Kraft Heinz Foods Company | ilsdc | 3:2021cv00799 | no | n/a |
| 7/12/2021 | Austin et al v. Chobani, LLC | nysdc | 7:2021cv05949 | no | n/a |
| 7/13/2021 | Ivory v. Nestle USA, Inc. | ilcdc | 1:2021cv01193 | no | n/a |
| 7/14/2021 | Rocha v. Perry Ellis International, Inc. | ilndc | 3:2021cv50278 | yes | no |
| 7/17/2021 | Mitchell, Jr. v. Ricoh Imaging Americas Corporation | codc | 1:2021cv01949 | yes | no |
| 7/17/2021 | Karlinski v. Costco Wholesale Corporation | ilndc | 1:2021cv03813 | yes | yes |
| 7/18/2021 | Rice v. Dreyer's Grand Ice Cream, Inc. et al | ilndc | 1:2021cv03814 | yes | yes |
| 7/22/2021 | Botterill v. Food Lion, LLC | mddc | 1:2021cv01835 | no | n/a |
| 7/23/2021 | Bazzano v. Toyota Motor Sales, U.S.A., Inc. | mddc | 1:2021cv01849 | no | n/a |
| 7/24/2021 | Rudy v. D F Stauffer Biscuit Co Inc | ilndc | 1:2021cv03938 | yes | yes |
| 7/29/2021 | Cashman v. Ferrara Candy Company | ilndc | 1:2021cv04033 | no | n/a |
| 8/15/2021 | Phillips v. Johnson & Johnson Consumer Inc. | nysdc | 1:2021cv06866 | no | n/a |
| 8/16/2021 | Harris v. Kashi Sales, L.L.C. | ilndc | 3:2021cv50376 | yes | no |
| 8/21/2021 | Harris v. Kellogg Sales Company | ilsdc | 3:2021cv01040 | yes | yes |
| 8/23/2021 | Reinitz v. Kellogg Sales Company | ilcdc | 1:2021cv01239 | yes | yes |
| 8/23/2021 | Bartosiake v. Bimbo Bakeries USA, Inc. | ilndc | 1:2021cv04495 | yes | yes |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 8/24/2021 | Lederman v. The Hershey Company | ilndc | 1:2021cv04528 | yes | yes |
| 8/29/2021 | Angeles v. Nestle USA, Inc. | nysdc | 1:2021cv07255 | yes | yes |
| 9/2/2021 | Corbett v. Walmart Inc. | jpmldc | 1:2021cv00996 | no | n/a |
| 9/3/2021 | Akers v. Costco Wholesale Corporation | ilsdc | 3:2021cv01098 | yes | yes |
| 9/3/2021 | Burns v. General Mills Sales, Inc. | ilsdc | 3:2021cv01099 | yes | yes |
| 9/4/2021 | Huston v. Conagra Brands, Inc. | ilcdc | 4:2021cv04147 | yes | yes |
| 9/5/2021 | Sobel v. Molekule, Inc. | nyedc | 1:2021cv04992 | no | n/a |
| 9/11/2021 | Read v. Anheuser-Busch Inbev Worldwide Inc. | ilcdc | 1:2021cv01261 | no | n/a |
| 9/17/2021 | Coglianese v. Banana Republic, LLC | ilndc | 1:2021cv04959 | yes | no |
| 9/18/2021 | Sanders v. The Hillshire Brands Company | ilsdc | 3:2021cv01155 | yes | no |
| 9/18/2021 | Valcarcel v. Ahold U.S.A., Inc. | nysdc | 1:2021cv07821 | yes | no |
| 9/19/2021 | Cota v. Ralph Lauren Corporation | wiedc | 1:2021cv01089 | yes | yes |
| 9/23/2021 | Hauger v. Dollar General Corporation | ilcdc | 1:2021cv01270 | yes | yes |
| 9/26/2021 | Argenbright v. Bob's Discount Furniture, LLC et al | ilndc | 1:2021cv05082 | no | n/a |
| 9/27/2021 | Strow v. B&G Foods, Inc. | ilndc | 1:2021cv05104 | yes | no |
| 10/1/2021 | Kelly v. Kasim International Corporation | nysdc | 1:2021cv08134 | yes | no |
| 10/2/2021 | Jackson v. Kraft Heinz Foods Company | ilndc | 1:2021cv05219 | yes | yes |
| 10/5/2021 | Khaimova v. Anheuser-Busch, LLC | ilndc | 1:2021cv05268 | no | n/a |
| 10/8/2021 | Castle v. The Kroger Co | wiedc | 2:2021cv01171 | yes | no |
| 10/10/2021 | Mogollon v. Costco Wholesale Corporation | nysdc | 1:2021cv08361 | no | n/a |
| 10/16/2021 | Quinn v. Trader Joe's Company | ilndc | 1:2021cv05513 | no | n/a |
| 10/17/2021 | Cerretti v. Whole Foods Market Group, Inc. | ilndc | 1:2021cv05516 | yes | yes |
| 10/19/2021 | Troutt v. Mondelez Global LLC | ilsdc | 3:2021cv01279 | yes | yes |
| 10/19/2021 | Russett v. Kellogg Sales Company | nysdc | 7:2021cv08572 | yes | yes |
| 10/24/2021 | Kuciver v. Fermented Sciences, Inc. | ilndc | 1:2021cv05668 | yes | no |
| 10/28/2021 | Hawkins v. The Coca-Cola Company | nysdc | 7:2021cv08788 | yes | yes |
| 10/30/2021 | Dildine v. 7-Eleven, Inc. | nywdc | 6:2021cv06668 | no | n/a |
| 11/1/2021 | OLeary v. The Stop & Shop Supermarket Company LLC | nysdc | 7:2021cv08918 | no | n/a |
| 11/5/2021 | Washington v. Uber Technologies, Inc. | nysdc | 1:2021cv09157 | no | n/a |
| 11/6/2021 | Kuciver v. KSF Acquisition Corporation | ilndc | 1:2021cv05964 | yes | no |
| 11/7/2021 | Almanzar v. The Procter & Gamble Company | nysdc | 1:2021cv09196 | yes | no |
| 11/11/2021 | Devey v. Big Lots, Inc. | nywdc | 6:2021cv06688 | yes | yes |
| 11/14/2021 | Spell v. Inventure Foods, Inc. | ilsdc | 3:2021cv01426 | no | n/a |
| 11/14/2021 | Ithier v. 7-Eleven, Inc. | nysdc | 7:2021cv09405 | no | n/a |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 11/16/2021 | Bondick v. Ricoh Imaging Americas Corporation | ilndc | 1:2021cv06132 | yes | yes |
| 11/19/2021 | Fleming v. Del Monte Foods, Inc. | ilsdc | 3:2021cv01462 | no | n/a |
| 11/20/2021 | Conner v. Abbott Laboratories Inc. | ilsdc | 3:2021cv01463 | yes | no |
| 11/21/2021 | Hoffman v. Kashi Sales, L.L.C. | nysdc | 7:2021cv09642 | yes | no |
| 11/25/2021 | Martelli v. Rite Aid Corporation | nysdc | 7:2021cv10079 | yes | yes |
| 11/28/2021 | DeMaso v. Walmart Inc. | ilndc | 1:2021cv06334 | yes | yes |
| 11/28/2021 | Leonard v. Mondelez Global LLC | nysdc | 1:2021cv10102 | yes | yes |
| 12/4/2021 | Swanberg v. Trader Joe's Company | ilndc | 1:2021cv06496 | no | n/a |
| 12/4/2021 | Carrano v. Oka Products, LLC | nyedc | 2:2021cv06730 | no | n/a |
| 12/12/2021 | Foster v. Nestle Health Science US Holdings, Inc. | ilcdc | 1:2021cv01360 | no | n/a |
| 12/18/2021 | Benjamin et al v. The Hartz Mountain Corporation | ilndc | 3:2021cv50473 | no | n/a |
| 12/22/2021 | Hancock v. Arizona Beverages USA LLC | ilsdc | 3:2021cv01735 | yes | no |
| 12/24/2021 | Wilim v. Mondelez Global LLC | ilndc | 1:2021cv06855 | yes | no |
| 12/25/2021 | Lopez et al v. Amazon.com Inc | ilcdc | 2:2021cv02317 | yes | yes |
| 1/1/2022 | Jacobs v. Whole Foods Market Group, Inc. | ilndc | 1:2022cv00002 | yes | yes |
| 1/2/2022 | Brown v. S. C. Johnson & Son, Inc. | ilndc | 3:2022cv50001 | yes | yes |
| 1/3/2022 | Vazquez v. Snyders-Lance, Inc. | nyedc | 1:2022cv00026 | no | n/a |
| 1/4/2022 | Moreland v. Walmart Inc. | ilcdc | 2:2022cv02002 | yes | no |
| 1/13/2022 | Vivar v. Apple Inc. | nysdc | 1:2022cv00347 | yes | yes |
| 1/14/2022 | Clemmons v. Upfield US Inc. | nysdc | 1:2022cv00355 | yes | no |
| 1/15/2022 | Hoffman v. Kraft Heinz Foods Company | nysdc | 7:2022cv00397 | yes | yes |
| 1/16/2022 | Williamson v. Dyla LLC | nysdc | 1:2022cv00402 | no | n/a |
| 1/16/2022 | Gouwens v. Target Corporation | ilndc | 3:2022cv50016 | yes | yes |
| 1/17/2022 | Shirley v. Reynolds Consumer Products LLC | ilndc | 1:2022cv00278 | yes | no |
| 1/21/2022 | Williams v. PL Developments Copiague, LLC | nyedc | 2:2022cv00383 | no | n/a |
| 1/22/2022 | Haas v. Aldi Inc. | ilndc | 1:2022cv00375 | no | n/a |
| 1/22/2022 | Cox v. Star Brands North America, Inc. | ilsdc | 3:2022cv00141 | yes | yes |
| 1/25/2022 | Kowal v. Snyder's-Lance, Inc. | ilndc | 1:2022cv00441 | no | n/a |
| 2/4/2022 | Alexander v. BlueTriton Brands, Inc. | ilndc | 1:2022cv00648 | yes | no |
| 2/4/2022 | Matthews v. Polar Corp. | ilndc | 1:2022cv00649 | yes | yes |
| 2/5/2022 | Surratt v. CVS Pharmacy, Inc. | ilndc | 1:2022cv00650 | yes | no |
| 2/6/2022 | Crawford v. Arizona Beverages USA LLC | ilsdc | 3:2022cv00220 | yes | no |
| 2/26/2022 | Hamidani v. Bimbo Bakehouse LLC | ilndc | 1:2022cv01026 | yes | yes |
| 3/6/2022 | Sneed v. Ferrero U.S.A., Inc. | ilndc | 1:2022cv01183 | yes | yes |
| 3/10/2022 | Gardner v. Ferrara Candy Company | ilndc | 1:2022cv01272 | yes | yes |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 3/16/2022 | Hite v. Unilever United States, Inc. | nysdc | 7:2022cv02188 | no | n/a |
| 3/18/2022 | Wheeler v. The Topps Company, Inc. | nysdc | 1:2022cv02264 | yes | yes |
| 3/22/2022 | Raczkowski v. Pinnacle Foods Inc | ilcdc | 2:2022cv02061 | yes | yes |
| 3/23/2022 | Smith v. General Mills Sales, Inc. | ilndc | 1:2022cv01529 | yes | yes |
| 3/24/2022 | McDermott v. General Mills Sales, Inc. | ilndc | 1:2022cv01555 | no | n/a |
| 3/26/2022 | Harmon v. Pharmavite LLC | ilndc | 3:2022cv50091 | no | n/a |
| 3/27/2022 | Clark v. Blue Diamond Growers | ilndc | 1:2022cv01591 | yes | no |
| 3/28/2022 | Ledezma v. Upfield US Inc. | ilndc | 1:2022cv01618 | yes | yes |
| 4/4/2022 | Potthoff v. Bob's Discount Furniture, LLC | ilndc | 1:2022cv01722 | yes | yes |
| 4/6/2022 | Cristia v. Trader Joe's Company | ilndc | 1:2022cv01788 | yes | yes |
| 4/9/2022 | Calixte v. Walgreen Co. | ilndc | 1:2022cv01855 | yes | yes |
| 4/16/2022 | Biczo v. Ferrara Candy Company | ilndc | 1:2022cv01967 | yes | yes |
| 4/17/2022 | Nelson v. Gskill USA, Inc. | nywdc | 6:2022cv06175 | yes | no |
| 4/24/2022 | Melvan v. General Mills Sales, Inc. | ilndc | 1:2022cv02114 | yes | no |
| 5/8/2022 | Davis v. Ricola USA, Inc. | ilcdc | 3:2022cv03071 | yes | no |
| 5/11/2022 | Howze v. Mondelez Global LLC | nywdc | 1:2022cv00351 | yes | yes |
| 5/14/2022 | Van Orden v. Hikari Sales U.S.A., Inc. | nyndc | 1:2022cv00504 | yes | no |
| 5/22/2022 | Brown v. Zamora Company USA, LLC | ilndc | 1:2022cv02703 | no | n/a |
| 5/22/2022 | Miramontes v. Ralph Lauren Corporation | nysdc | 1:2022cv04192 | yes | no |
| 5/23/2022 | Lee v. The Kroger Co. | ilsdc | 3:2022cv01086 | no | n/a |
| 5/26/2022 | Chung v. Illuminate Education, Inc. | nyedc | 1:2022cv03110 | yes | no |
| 5/26/2022 | Duchnik v. Tops Market, L.L.C. | nywdc | 1:2022cv00399 | yes | no |
| 5/29/2022 | Hunt v. General Mills Sales, Inc. | ilndc | 1:2022cv02835 | no | n/a |
| 6/4/2022 | Bruno v. American Textile Company, Incorporated | ilndc | 1:2022cv02937 | yes | no |
| 6/6/2022 | Hogan v. PointsBet New York LLC | nyndc | 1:2022cv00594 | no | n/a |
| 6/6/2022 | Coe v. The Coca-Cola Company | nywdc | 1:2022cv00430 | yes | no |
| 6/12/2022 | Hong v. Church & Dwight Co. Inc. | nyedc | 1:2022cv03459 | yes | no |
| 6/14/2022 | Garza v. Nestle USA, Inc. | ilndc | 1:2022cv03098 | yes | no |
| 6/17/2022 | English v. Danone North America Public Benefit Corporation | nysdc | 7:2022cv05105 | yes | no |
| 6/19/2022 | Nastali v. Dollar General Corporation | ilndc | 3:2022cv50212 | yes | no |
| 6/20/2022 | Cheah v. Pepperidge Farm, Incorporated | nyedc | 2:2022cv03633 | yes | no |
| 6/29/2022 | Hodorovych v. Dollar General Corporation | ilndc | 1:2022cv03415 | yes | no |
| 6/30/2022 | Novotney v. Walgreen Co. | ilndc | 1:2022cv03439 | yes | no |
| 7/1/2022 | Knautz v. Walmart Inc. | ilndc | 3:2022cv50236 | yes | no |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 7/2/2022 | Abron v. Vi-Jon, LLC | ilndc | 3:2022cv50238 | yes | no |
| 7/3/2022 | Leshchiner v. Kellogg Sales Company | ilndc | 1:2022cv03464 | yes | no |
| 7/5/2022 | Guzman v. Walmart Inc. | ilndc | 1:2022cv03465 | yes | no |
| 7/18/2022 | Feldman v. Wakefern Food Corp. | nysdc | 7:2022cv06089 | yes | no |
| 7/21/2022 | Vazquez v. Walmart, Inc. | nysdc | 1:2022cv06215 | yes | no |
| 7/23/2022 | Lebaron v. Frey Brothers, Inc. | nysdc | 1:2022cv06262 | no | n/a |
| 7/26/2022 | Smith v. Adidas America, Inc. | nyndc | 6:2022cv00788 | yes | no |
| 7/31/2022 | Acosta v. Hopper (USA), Inc. | ilndc | 1:2022cv03974 | yes | no |
| 8/1/2022 | Solak v. Target Corporation | nyndc | 3:2022cv00813 | yes | no |
| 8/5/2022 | Brockington v. Dollar General Corporation | nysdc | 1:2022cv06666 | yes | no |
| 8/7/2022 | Baker v. Walmart Inc. | ilcdc | 3:2022cv03148 | no | n/a |
| 8/8/2022 | Reyes v. Upfield US Inc. | nysdc | 7:2022cv06722 | yes | no |
| 8/11/2022 | Borovoy v. Mark Anthony Brands Inc. | ilndc | 1:2022cv04251 | no | n/a |
| 8/13/2022 | Avigne et al v. The Kroger Co. | miedc | 2:2022cv11889 | yes | no |
| 8/14/2022 | Warren v. The Coca-Cola Company | nysdc | 7:2022cv06907 | yes | no |
| 8/14/2022 | Gallagher v. Lactalis American Group, Inc. | nywdc | 1:2022cv00614 | yes | no |
| 8/19/2022 | Taylor v. Procter & Gamble Company | ilsdc | 3:2022cv01949 | yes | no |
| 8/19/2022 | Pijacki v. The Procter & Gamble Company | nywdc | 1:2022cv00624 | yes | no |
| 8/20/2022 | Cosgrove v. Kashi Sales L.L.C. | miwdc | 1:2022cv00760 | yes | no |
| 8/20/2022 | Lee v. Panera Bread Company | miedc | 1:2022cv11958 | yes | yes |
| 8/21/2022 | Sumner v. Kroger Co. | ilsdc | 3:2022cv01950 | yes | no |
| 8/23/2022 | Dawood v. Silk Operating Company LLC | codc | 1:2022cv02169 | no | n/a |
| 8/27/2022 | Lester v. CVS Pharmacy, Inc. | nysdc | 1:2022cv07334 | yes | no |
| 8/28/2022 | Lumbra v. Suja Life, LLC | nyndc | 1:2022cv00893 | yes | no |
| 8/31/2022 | Paulson v. This is L. Inc. | ilndc | 1:2022cv04665 | yes | no |
| 9/2/2022 | Greco v. TikTok, Inc. | nyndc | 5:2022cv00916 | yes | no |
| 9/3/2022 | Hunt v. Greenbrier International, Inc. | ilndc | 1:2022cv04742 | no | n/a |
| 9/4/2022 | Agee v. The Kroger Co. | ilndc | 1:2022cv04744 | yes | no |
| 9/4/2022 | Suarez v. Conagra Brands, Inc. | ilndc | 1:2022cv04743 | yes | no |
| 9/5/2022 | Moore v. Kellogg Sales Company | ilcdc | 3:2022cv03172 | yes | no |
| 9/6/2022 | Henderson v. Conagra Brands, Inc. | nysdc | 1:2022cv07603 | no | n/a |
| 9/8/2022 | Fleming v. Dr. Squatch, LLC | ilndc | 1:2022cv04842 | yes | no |
| 9/9/2022 | Wilim v. 7-Eleven, Inc. | ilndc | 1:2022cv04886 | no | n/a |
| 9/10/2022 | Devane v. Instant Brands LLC | ilndc | 1:2022cv04900 | yes | no |
| 9/13/2022 | GRASTY v. ASHLEY FURNITURE INDUSTRIES LLC | flndc | 4:2022cv00334 | no | n/a |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 9/15/2022 | Palmer v. The Procter & Gamble Company | ilndc | 1:2022cv05036 | yes | no |
| 9/17/2022 | Dukas v. Koninklijke Luchtvaart Maatschappij, N.V. | nysdc | 1:2022cv07962 | yes | no |
| 9/18/2022 | Barnett v. Schwan's Consumer Brands, Inc. | ilsdc | 3:2022cv02178 | yes | no |
| 9/23/2022 | Lee v. Walmart Inc. | miedc | 1:2022cv12258 | no | n/a |
| 9/25/2022 | Vaglica v. Reckitt Benckiser LLC | nyedc | 2:2022cv05730 | yes | no |
| 9/27/2022 | Forlenza v. Herr Foods Incorporated | ilndc | 1:2022cv05278 | yes | no |
| 10/1/2022 | Benzin v. Nestle Healthcare Nutrition, Inc. | nywdc | 1:2022cv00747 | no | n/a |
| 10/3/2022 | Oyler v. NFL Enterprises LLC | nysdc | 1:2022cv08413 | no | n/a |
| 10/6/2022 | Wright v. Walmart Inc. | ilsdc | 3:2022cv02311 | yes | no |
| 10/7/2022 | Velez v. Lasko Products, LLC | nysdc | 1:2022cv08581 | yes | no |
| 10/9/2022 | Carmen v. Zesty Paws LLC | ilndc | 1:2022cv05529 | no | n/a |
| 10/10/2022 | Davis v. The Pur Company (USA) Inc. | nywdc | 6:2022cv06430 | yes | no |
| 10/11/2022 | McMenamy v. Nestle USA, Inc. | nyndc | 5:2022cv01053 | no | n/a |
| 10/15/2022 | Martinez v. Unilever United States, Inc. | ilndc | 1:2022cv05664 | no | n/a |
| 10/17/2022 | Alexandre v. Alcon Laboratories, Inc. | nysdc | 7:2022cv08859 | yes | no |
| 10/19/2022 | Craw v. The Clorox Company | ilcdc | 2:2022cv02225 | yes | no |
| 10/19/2022 | Bolling v. Bobs Discount Furniture, LLC | nyedc | 2:2022cv06312 | yes | no |
| 10/21/2022 | Buechler v. Albertsons Companies, Inc. | mddc | 1:2022cv02717 | no | n/a |
| 10/23/2022 | Hopkins v. Dell Technologies, Inc. | ilsdc | 3:2022cv02464 | yes | no |
| 10/24/2022 | Jackson-Dorsey v. Conagra Brands, Inc. | ilndc | 1:2022cv05863 | no | n/a |
| 10/27/2022 | Weeks v. Authentic Brands Group Inc. | nysdc | 1:2022cv09223 | yes | no |
| 10/28/2022 | Lesorgen v. Mondelez Global LLC | ilndc | 3:2022cv50375 | yes | no |
| 11/4/2022 | GIBSON v. EAGLE FAMILY FOODS GROUP LLC | insdc | 1:2022cv02147 | yes | no |
| 11/5/2022 | DiBenedetto v. Hard Rock Cafe International (USA), Inc. | nyedc | 2:2022cv06759 | yes | no |
| 11/6/2022 | Teran v. CVS Pharmacy, Inc. | nysdc | 1:2022cv09486 | no | n/a |
| 11/8/2022 | Indiviglio v. B&G Foods, Inc. | nysdc | 7:2022cv09545 | yes | no |
| 11/11/2022 | Finster v. Sephora USA Inc. | nyndc | 6:2022cv01187 | yes | no |
| 11/13/2022 | Brownell v. Starbucks Coffee Company | nyndc | 5:2022cv01199 | yes | no |
| 11/14/2022 | Redmond v. Upfield US Inc. | ilndc | 1:2022cv06334 | yes | no |
| 11/15/2022 | Inong v. Fujifilm North America Corporation | nysdc | 7:2022cv09720 | yes | no |
| 11/16/2022 | Barnes v. Big Lots, Inc. | nysdc | 7:2022cv09782 | no | n/a |
| 11/17/2022 | Fuller v. The Stop & Shop Supermarket Company | nysdc | 7:2022cv09824 | yes | no |
| 11/20/2022 | Yang v. Johnson & Johnson Consumer Inc. | nyedc | 1:2022cv07070 | no | n/a |
| 11/21/2022 | Donadio v. Bayer HealthCare LLC | nywdc | 6:2022cv06521 | yes | no |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 11/22/2022 | Dinwiddie v. Lenovo (United States) Inc. | miwdc | 2:2022cv00218 | yes | no |
| 11/23/2022 | Bridges v. Meijer, Inc. | miwdc | 1:2022cv01112 | yes | no |
| 11/25/2022 | Hengel v. Edgewell Personal Care Brands, LLC | ilsdc | 3:2022cv02741 | no | n/a |
| 11/25/2022 | Adeghe v. The Procter & Gamble Company | nysdc | 7:2022cv10025 | yes | no |
| 11/26/2022 | Thomas v. The Procter & Gamble Company | nywdc | 1:2022cv00914 | yes | no |
| 11/27/2022 | Ballotti v. Beiersdorf, Inc. | ilndc | 3:2022cv50408 | no | n/a |
| 12/1/2022 | Lancaster v. American Textile Company, Incorporated | nyndc | 1:2022cv01280 | yes | no |
| 12/3/2022 | Sheiner v. Supervalu Inc. | nysdc | 7:2022cv10262 | no | n/a |
| 12/4/2022 | Green v. Meijer, Inc. | wiedc | 2:2022cv01444 | yes | no |
| 12/6/2022 | Medina v. Costco Wholesale Corporation | nyedc | 1:2022cv07388 | no | n/a |
| 12/7/2022 | Singo v. Ricola USA, Inc. | nysdc | 7:2022cv10369 | no | n/a |
| 12/8/2022 | MAIOLO v. BRP US INC. | pawdc | 2:2022cv01770 | yes | no |
| 12/12/2022 | Pautz v. Heineken USA Incorporated | ilsdc | 3:2022cv02911 | no | n/a |
| 12/12/2022 | Krivca v. CVS Pharmacy, Inc. | nysdc | 1:2022cv10468 | no | n/a |
| 12/13/2022 | Nootens v. Molson Coors Beverage Company | ilndc | 1:2022cv07010 | yes | no |
| 12/16/2022 | Solak v. Prestige Consumer Healthcare Inc. | nyndc | 3:2022cv01357 | no | n/a |
| 12/17/2022 | COLLINS v. WAFFLE HOUSE, INC. | flndc | 5:2022cv00295 | no | n/a |
| 12/19/2022 | Jasper v. Danone North America Public Benefit Corporation | ilndc | 1:2022cv07122 | no | n/a |
| 12/22/2022 | Smith v. Bed Bath & Beyond Inc. | nysdc | 7:2022cv10836 | no | n/a |
| 12/23/2022 | Mao v. Diageo North America, Inc. | nysdc | 1:2022cv10847 | no | n/a |
| 12/24/2022 | Morales v. Apple Inc. | nysdc | 1:2022cv10872 | no | n/a |
| 12/26/2022 | Lewis v. Samsung Electronics America, Inc. | nysdc | 1:2022cv10882 | no | n/a |
| 12/27/2022 | Steines v. Apple, Inc. | ilsdc | 3:2022cv03099 | yes | no |
| 12/30/2022 | Halim v. Kind LLC | nysdc | 1:2022cv10979 | no | n/a |
| 12/31/2022 | MARTIN v. SCHWANS CONSUMER BRANDS, INC. | flndc | 4:2022cv00469 | no | n/a |
| 1/2/2023 | Forbes v. Kraft Heinz Foods Company | nysdc | 1:2023cv00007 | no | n/a |
| 1/7/2023 | Marquez v. Sazerac Company, Inc. | ilndc | 1:2023cv00097 | yes | no |
| 1/8/2023 | McDougall v. Samsung Electronics America, Inc. | nysdc | 1:2023cv00168 | yes | no |
| 1/12/2023 | Rider v. Arlo Technologies, Inc. | miwdc | 1:2023cv00055 | no | n/a |
| 1/14/2023 | Charette v. Adidas America, Inc. | miedc | 4:2023cv10114 | no | n/a |
| 1/16/2023 | Letoski et al v. The Coca-Cola Company | ilndc | 1:2023cv00238 | no | n/a |
| 1/19/2023 | Jones v. Kellogg Sales Company | nywdc | 1:2023cv00049 | no | n/a |
| 1/20/2023 | Perugia v. Mondelez Global LLC | nyndc | 5:2023cv00069 | no | n/a |

| Date Filed | Name | Court | Number | Did Defendant(s) Move to Dismiss the | Was Defendant(s) Motion to Dismiss Granted? |
|---|---|---|---|---|---|
| 1/22/2023 | Kampmann v. The Procter & Gamble Company | ilcdc | 1:2023cv01021 | no | n/a |
| 1/22/2023 | Tlaib v. Chattem, Inc. | ilndc | 1:2023cv00376 | no | n/a |
| 1/24/2023 | Ward v. Bespolitan Inc. et al | nywdc | 1:2023cv00069 | no | n/a |
| 1/27/2023 | Fish v. Tom's of Maine, Inc. | nyndc | 6:2023cv00110 | yes | no |
| 1/29/2023 | MCCOY v. NESTLE USA INC | flndc | 3:2023cv02218 | no | n/a |
| 2/4/2023 | Hassan v. Triborough Bridge and Tunnel Authority et al | nyedc | 1:2023cv00873 | no | n/a |
| 2/4/2023 | White v. Schwans Consumer Brands Inc | wiedc | 2:2023cv00147 | no | n/a |
| 2/5/2023 | Hawkins v. The Coca-Cola Company | ilndc | 1:2023cv00700 | no | n/a |
| 2/6/2023 | Jenkins v. Instant Brands LLC | mddc | 1:2023cv00320 | no | n/a |
| 2/8/2023 | Del Rosario v. Sazerac Company, Inc. | nysdc | 1:2023cv01060 | no | n/a |
| 2/9/2023 | Labarr v. The Epoch Times Association Inc. | nysdc | 1:2023cv01135 | no | n/a |
| 2/12/2023 | Mentzer v. Energizer Brands LLC | ilcdc | 2:2023cv02028 | no | n/a |
| 2/17/2023 | Klang v. Google LLC | nyedc | 1:2023cv01316 | no | n/a |
| 2/18/2023 | Batey v. GSK Consumer Health, Inc. | ilcdc | 4:2023cv04031 | no | n/a |
| 2/19/2023 | Valencia v. Snapple Beverage Corp. | nysdc | 7:2023cv01399 | no | n/a |
| 2/19/2023 | Zapadinsky v. Blue Diamond Growers | wiedc | 2:2023cv00231 | no | n/a |
| 2/26/2023 | Bradby v. Bimbo Bakeries USA, Inc. | mddc | 1:2023cv00522 | no | n/a |
| 3/6/2023 | Quilez v. Mondelez Global LLC | nysdc | 1:2023cv01889 | no | n/a |
| 3/11/2023 | Swiatek v. CVS Pharmacy, Inc. | ilndc | 1:2023cv01523 | no | n/a |
| 3/13/2023 | Hangen-Hall v. The Procter & Gamble Company | nywdc | 1:2023cv00218 | no | n/a |
| 3/18/2023 | Tribble v. Adidas America Inc | ilcdc | 2:2023cv02060 | no | n/a |
| 3/18/2023 | Golston v. Bumbu Rum Company LLC | nywdc | 1:2023cv00241 | no | n/a |
| 3/20/2023 | Crosby v. Church & Dwight Co. Inc. | ilndc | 1:2023cv01735 | no | n/a |
| 3/26/2023 | Cheria v. Radienz Living Chicago, LLC | ilndc | 1:2023cv01879 | no | n/a |
| 3/26/2023 | Khait v. Comcast Corporation | ilndc | 1:2023cv01877 | no | n/a |
| 3/27/2023 | REYNOLDS v. MONDELEZ GLOBAL LLC | flndc | 5:2023cv00087 | no | n/a |
| 3/31/2023 | Callahan v. The Procter & Gamble Company | ilndc | 1:2023cv02072 | no | n/a |
| 4/2/2023 | Pizarro v. Sazerac Company, Inc. | nysdc | 7:2023cv02751 | no | n/a |
| 4/3/2023 | Charles v. Church & Dwight Co. Inc. | nyedc | 1:2023cv02528 | no | n/a |
| 4/7/2023 | Dougherty v. Kohls, Inc. | wiedc | 2:2023cv00456 | no | n/a |